# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2025

Lyle W. Cayce
Clerk

———————————

No. 24-10287

———————————

JAMES DONDERO; HIGHLAND CAPITAL MANAGEMENT FUND
ADVISORS, L.P.; THE DUGABOY INVESTMENT TRUST;
NEXPOINT REAL ESTATE PARTNERS, L.L.C., GET GOOD TRUST,

*Plaintiffs—Appellants,*

*versus*

STACEY G. JERNIGAN; HIGHLAND CAPITAL MANAGEMENT,
L.P.,

*Defendants—Appellees.*

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-726

———————————————————————

Before WIENER, WILLETT, and DUNCAN, *Circuit Judges*.

JUDGMENT ON PETITION FOR REHEARING

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.