United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 16, 2025
Lyle W. Cayce
Clerk

No. 24-10287

JAMES DONDERO; HIGHLAND CAPITAL MANAGEMENT FUND
ADVISORS, L.P.; THE DUGABOY INVESTMENT TRUST;
NEXPOINT REAL ESTATE PARTNERS, L.L.C., GET GOOD TRUST,

*Plaintiffs—Appellants*,

versus

STACEY G. JERNIGAN; HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-726

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT