United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 23, 2025
Lyle W. Cayce
Clerk

No. 24-10287

_____

James Dondero; Highland Capital Management Fund Advisors, L.P.; The Dugaboy Investment Trust; NexPoint Real Estate Partners, L.L.C., Get Good Trust,

*Plaintiffs—Appellants,*

versus

Stacey G. Jernigan; Highland Capital Management, L.P.,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-726
_____

ON PETITION FOR REHEARING EN BANC

Before Wiener, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

    Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R.

App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.