# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 12, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: James Dondero, et al.
v. Stacey G. Jernigan, et al.
Application No. 25A176
(Your No. 24-10287)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on August 12, 2025, extended the time to and including September 22, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
**Clerk of the Court**
(202) 479-3011

NOTIFICATION LIST

Mr. Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130