# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 24, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re:  James Dondero, et al.
     v. Stacey G. Jernigan, et al.
     No. 25-355
     (Your No. 24-10287)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 22, 2025 and placed on the docket September 24, 2025 as No. 25-355.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst